FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 18 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES DeFRANCESCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action File Number |
| SENTRY SELECT INSURANCE ) | |
| COMPANY, ) | 1:18-CV-04795-SCJ |
| ) | |
| Defendant. ) | |

## VERDICT

We, the jury, find that Defendant is liable to Plaintiff for damages (with no fault on the part of the Plaintiff) in the amount of $_____.

—OR—

We, the jury, find for the Defendant as:

_____ Defendant is not liable

_____ Plaintiff's contributory negligence is 50% or more.

—OR—

(*Continued on following page*)

We, the jury, find that Defendant is liable to Plaintiff and that negligence of Plaintiff as compared with that of Defendant is less than 50%, specifically Plaintiff's percentage of negligence is __40__ %.

—AND—

We, the jury, find total, unreduced damages in the amount of $ __750,000__

**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this __18th__ day of February, 2022.

_____  
Foreperson's Signature

Todd Stevens  
Foreperson's Printed Name