UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES DeFRANCESCO, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:18-CV-4795-SCJ |
| SENTRY SELECT INSURANCE COMPANY, | |
| Defendant. | |

## JUDGMENT

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for a trial by jury and the jury having rendered its verdict in favor of Plaintiff James DeFrancesco on February 18, 2022 for unreduced damages in the amount of $750,000.00 against Defendant Sentry Select Insurance Company, with 40% negligence assigned to Plaintiff James DeFrancesco, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff James DeFrancesco and against Defendant Sentry Select Insurance Company for damages in the amount of $450,000.00, and further

**ORDERED AND ADJUDGED** that Plaintiff James DeFrancesco recover his costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 23rd day of February, 2022.

          KEVIN P. WEIMER
          CLERK OF COURT

By: _____
      Pamela Wright
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 23, 2022
Kevin P. Weimer
Clerk of Court

By: _____
   Pamela Wright
   Deputy Clerk